**Order entered January 9, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01090-CV

**TRENT TRUBENBACH, ET AL., Appellants**

**V.**

**ENERGY EXPLORATION I, L.L.C., ET AL., Appellees**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-00031-2015**

## ORDER

Before the Court is appellees' January 8, 2019 unopposed second motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **February 12, 2019**. We caution appellees that further extension requests will be disfavored.

/s/     KEN MOLBERG
            JUSTICE